*****************************************************************************

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

*****************************************************************************

| | | |
|---|---|---|
| Construction Contractors Employer Group, LLC | : | CASE NO. 3:14-cv-1468 |
| | : | JUDGE DAVID A. KATZ |
| Plaintiff, | | |
| | : | **NOTICE OF APPEAL** |
| vs. | | |
| | : | |
| Federal Insurance Company | | |
| | : | |
| Defendant. | | |

*****************************************************************************

    Notice is hereby given that Construction Contractors Employer Group, LLC, plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the Judgment Entry (37) and Memorandum Opinion (36) entered in this action on the 10th day of November, 2015.

    By:   /s/ Steven R. Smith
        Steven R. Smith (0031778)
        Email:  ssmith@cc-attorneys.com
        Janine T. Avila (0055853)
        E-mail:  javila@cc-attorneys.com
        CONNELLY & COLLIER LLP
        405 Madison Avenue, Suite 2300
        Toledo, Ohio 43604
        Telephone:  (419) 243-2100
        Facsimile:   (419) 243-7119

        Counsel for Plaintiff

**CERTIFICATION**

This is to certify that a copy of the foregoing has been filed electronically this 7th day of December, 2015. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Steven R. Smith<br>
Counsel for Plaintiff